JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GERALD PIERRE THOMPSON,<br>Petitioner,<br>v.<br>RESPONDENT NAME, Warden<br>Respondent. | No. 2:22-cv-02966-FMO-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: February 22, 2024

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE